JOHN MAZUKIEWICZ, Respondent, *v.* THE HANOVER NATIONAL BANK OF THE CITY OF NEW YORK, Appellant.

(Submitted July 15, 1925; decided October 6, 1925.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 240 N. Y. 317.)

LANYON'S DETECTIVE AGENCY, INC., Respondent, *v.* JOHN COCHRANE et al., Appellants.

(Submitted July 15, 1925; decided October 6, 1925.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 240 N. Y. 274.)

THOMAS E. MOORE, Appellant, *v.* VAN BEUREN AND NEW YORK BILL POSTING COMPANY, Respondent.

(Submitted July 15, 1925; decided October 6, 1925.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 240 N. Y. 673.)